IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| ALICE HENSON, ) | CJ-2016-779 |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CJ-2016- |
| ) | FILED IN DISTRICT COURT |
| AAA INSURANCE COMPANY, ) | OKLAHOMA COUNTY |
| ) | |
| Defendant. ) | FEB 1 2 2016 |
| | TIM RHODES |
| | COURT CLERK |
| | 50_____ |

PETITION

COMES NOW Plaintiff, Alice Henson, by and through her attorney, Scott Gallagher, Little, Oliver and Gallagher, and for her cause of action against Defendant, AAA Insurance Company, states and alleges as follows:

1. Alice Henson is a citizen and resident of Cleveland County, Oklahoma. Defendant, AAA Insurance Company is authorized to transact business in the State of Oklahoma, and can be served through its registered agent, The Corporation Company, 1833 S. Morgan Road, Oklahoma City, OK 73128. Therefore, this Court has full and complete jurisdiction and venue of all matters herein.

2. The accident occurred on or about the 16th day of March, 2015, in Oklahoma City, Oklahoma County, Oklahoma.

3. Darline McCarthy negligently drove her vehicle through a red traffic light, striking Plaintiff's vehicle in which she was a passenger, causing severe injury to Plaintiff. Darline McCarthy had liability insurance of $250,000 per person that was paid and subrogation was waived by the Defendant, AAA Insurance Company.



1

4. Plaintiff, Alice Henson had purchased and was insured under an uninsured/underinsured motorist policy from Defendant on her 2011 Ford Escape, VIN 1FMCU0EG3BK824046, being policy number okss-202906150, that was in full force and effect, and that provided underinsured motorist coverage.

5. Plaintiff's daughter, Tonia Kuehn, was driving Plaintiff's car in a reasonable and proper manner and had no comparative negligence in causing the above described collision.

6. As a result of the collision and negligence of Darline McCarthy, Plaintiff suffered injuries and damages in excess of the policy limits available under the policy of Darline McCarthy and, therefore, Plaintiff has made demand on Defendant, AAA Insurance Company, which payment was wrongfully denied under her uninsured/underinsured coverage with Defendant.

7. Plaintiff has fulfilled her end of said contract by paying premiums.

9. Defendant is in bad faith in denial of the full extent of policies owed to Plaintiff, Alice Henson.

WHEREFORE, it is respectfully prayed that Plaintiff, Alice Henson, have judgment against the Defendant AAA Insurance Company in excess of $75,000.00, for her damages, court costs, interest as allowed by law and other relief as the Court may see fit.

LITTLE, OLIVER & GALLAGHER

_____
Scott Gallagher          OBA #16356
One West Main
Ardmore OK, 73401
(580) 224-0900 Phone
(580) 224-0903 Fax
*Attorney for Plaintiff*

**ATTORNEYS' LIEN CLAIMED**