**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.  ALICE HENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-282-W |
| | ) | |
| 2.  CSAA GENERAL INSURANCE, | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Parties' May 23, 2016 settlement agreement and Fed. R. Civ. P.

41(a)(1)(A)(ii), the Parties stipulate and agree to dismiss this action with prejudice, with

each Party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

s/Scott Gallagher
William Scott Gallagher      OBA #16356
LITTLE, OLIVER & GALLAGHER, PLLC
One West Main
Ardmore, OK  73401
(580) 224-0900 Telephone
(580) 224-0903 Facsimile
scott@ardmorelaw.com
Attorney for Plaintiff

AND

/s/ *Stacie L. Hixon*

| | |
|---|---|
| Charles D. Neal, Jr. | OBA #6591 |
| Stacie L. Hixon | OBA #19477 |
| Tracy L. Priddy | OBA #17589 |

STEIDLEY & NEAL, PLLC
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, OK  74137
(918) 513-3521 Telephone
(918) 664-4133 Facsimile
Attorneys for Defendant